UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-24377-CIV-UNGARO/OTAZO-REYES

ANDRES A. RODRIGUEZ and all others )
similarly situated under 29 U.S.C. 216(b), )
)
          Plaintiffs, )
vs. )
)
FIRST CLASS PARKING SYSTEMS LLC )
a/k/a, 1ST CLASS VALET SERVICE )
SEBASTIAN LOPEZ )
JORGE ZULUAGA )
)
          Defendants. )
)

## MOTION FOR ISSUANCE OF WRIT OF GARNISHMENT AFTER JUDGMENT

Plaintiffs, by and through undersigned Counsel, pursuant to Florida Statute 77.03, move for the issuance of a writ of garnishment after judgment as to Garnishee Regions Bank, and as grounds therefore, states as follows:

1. On December 29, 2014, the Court signed a final judgment in favor of Plaintiff and against Defendants, Fist Class Parking Systems LLC a/k/a 1st Class Valet Service, Sebastian Lopez, and Jorge Zuluaga, for a total of $21,276.64, exclusive of costs and attorney's fees. [D.E. 13].

2. Plaintiff, by and through undersigned counsel, requests that a writ of garnishment after judgment as to Garnishee Chase Bank be issued in the amount of $21,276.64.

Respectfully Submitted,

J.H. Zidell, P.A.
Attorney or Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: Zabogado@aol.com

By:_____
J.H. Zidell, Esq.
Florida Bar Number: 0010121