UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-24377-CIV-UNGARO/OTAZO-REYES

ANDRES A. RODRIGUEZ and all others )
similarly situated under 29 U.S.C. 216(b), )
)
          Plaintiffs, )
vs. )
)
FIRST CLASS PARKING SYSTEMS LLC )
a/k/a, 1ST CLASS VALET SERVICE )
SEBASTIAN LOPEZ )
JORGE ZULUAGA )
)
          Defendants. )
_____ )

**THE STATE OF FLORIDA**
**TO EACH SHERIFF OF THE STATE:**

# WRIT OF GARNISHMENT

YOU ARE COMMANDED to summon the Garnishee, Chase Bank, 12295 Biscayne Blvd., Miami, FL 33181 to serve an answer to this writ on J.H. Zidell, Esq., P.A., Plaintiff's Attorney, whose address is 300 71ST STREET #605, MIAMI BEACH, FLORIDA 33141, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendants **Sebastian Lopez and/or Jorge Zuluaga and/or First Class Parking Systems LLC a/k/a 1st Class Valet Service (FEIN: 412257684)** located at 12550 Biscayne Blvd., Suite 207, North Miami Beach, FL 33181, who upon information and belief, maintains a bank account with Garnishee Chase Bank, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendants **Sebastian Lopez and/or Jorge Zuluaga and/or First Class Parking Systems LLC a/k/a 1st Class Valet Service** the Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Defendants or who may be in possession or control of any of the property of the Defendants such as Certificate of deposits, bonds or money market accounts.
The amount set in Plaintiff's motion is for **$21,276.64.**

Dated on __3/18/__, 2015.   **STEVEN M. LARIMORE**

                                                        Name of Clerk

As Clerk of the Court

                                                        By: _____

as Deputy Clerk