UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-24377-CIV-UNGARO/OTAZO-REYES

ANDRES A. RODRIGUEZ and all others )
similarly situated under 29 U.S.C. 216(b), )
  )
          Plaintiffs, )
vs. )
  )
FIRST CLASS PARKING SYSTEMS LLC )
*a/k/a,* 1ST CLASS VALET SERVICE )
SEBASTIAN LOPEZ )
JORGE ZULUAGA )
  )
          Defendants. )
_____ )

**NOTICE OF FILING STATUTORY NOTICE**

Come Now Plaintiffs by and through undersigned counsel and hereby advise the Court of the above described Notice and in support states as follows:

1. On December 29, 2014, the Court signed a final judgment in favor of Plaintiff and against Defendants, Fist Class Parking Systems LLC a/k/a 1st Class Valet Service, Sebastian Lopez, and Jorge Zuluaga, for a total of $21,276.64, exclusive of costs and attorney's fees. [D.E. 13].

2. Plaintiff filed a motion requesting that a writ of garnishment after judgment as to Garnishee Chase Bank be issued in the amount of $21,276.64 [D.E. 13]

3. On March 19, 2015, the clerk issued the writ of garnishment to Chase Bank in the amount of $21,276.64 [D.E. 25].

4. A copy of Garnishee's response is attached to this notice [D.E. 26].

5. Defendants are hereby advised that if it is Defendants' position that the allegation in Plaintiff's Motion for Writ of Garnishment are untrue, Defendants must file a claim to

dissolve the Writ of Garnishment within twenty (20) days after receipt of this notice to preserve Defendants' rights pursuant to Florida Statute 77.055.

                Respectfully submitted,

                J. H. ZIDELL, P.A.
                ATTORNEYS FOR PLAINTIFF
                300-71ST STREET, SUITE 605
                MIAMI BEACH, FLORIDA 33141
                305-865-6766
                305-865-7167

                By:_s/ Rivkah F. Jaff, Esq. ___
                    Rivkah F. Jaff, Esquire
                    Florida Bar No.: 107511

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF AND U.S. MAIL ON 3/19/15 TO:

LOWELL J. KUVIN, ESQ.
LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET, SUITE 223
MIAMI, FLORIDA 33131
FAX: (305) 358-6808
EMAIL: LOWELL@KUVINLAW.COM

FIRST CLASS PARKING SYSTEMS LLC
*a/k/a* 1ST CLASS VALET SERVICE
SEBASTIAN LOPEZ
JORGE ZULUAGA
12550 BISCAYNE BLVD., SUITE 207
NORTH MIAMI BEACH, FL 33181

BY:_____/s/ Rivkah F. Jaff_____
       RIVKAH F. JAFF, ESQ.