UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-24377-CIV-UNGARO/OTAZO-REYES

ANDRES A. RODRIGUEZ and all others )
similarly situated under 29 U.S.C. 216(b), )
)
        Plaintiffs, )
vs. )
)
FIRST CLASS PARKING SYSTEMS LLC )
a/k/a, 1ST CLASS VALET SERVICE )
SEBASTIAN LOPEZ )
JORGE ZULUAGA )
)
        Defendants. )
_____ )

## NOTICE OF FILING STATUTORY NOTICE

Come Now Plaintiff by and through undersigned counsel and hereby advise the Court of the above described Notice and in support states as follows:

1. On December 29, 2014, the Court signed a final judgment in favor of Plaintiff and against Defendants, Fist Class Parking Systems LLC a/k/a 1st Class Valet Service, Sebastian Lopez, and Jorge Zuluaga, for a total of $21,276.64, exclusive of costs and attorney's fees. [D.E. 13].

2. Plaintiff filed a motion requesting that a writ of garnishment after judgment as to Garnishee Chase Bank be issued in the amount of $21,276.64 [D.E. 13]

3. On March 19, 2015, the clerk issued the writ of garnishment to Chase Bank in the amount of $21,276.64 [D.E. 25].

4. Defendants are hereby advised that Defendants must file a claim of exemption within twenty (20) days after receipt of the notice to preserve Defendants rights pursuant to Florida Statute 77.041.

5. Plaintiff hereby attaches a copy of the motion for writ of garnishment, the writ of garnishment, and the statutory notice pursuant to Florida Statute 77.041.

>Respectfully submitted,
>
>J. H. ZIDELL, P.A.
>ATTORNEYS FOR PLAINTIFF
>300-71ST STREET, SUITE 605
>MIAMI BEACH, FLORIDA 33141
>305-865-6766
>305-865-7167
>
>By:_s/ Rivkah F. Jaff, Esq.___
>    Rivkah F. Jaff, Esquire
>    Florida Bar No.: 107511

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF AND U.S. MAIL ON 3/19/15 TO:

LOWELL J. KUVIN, ESQ.
LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET, SUITE 223
MIAMI, FLORIDA 33131
FAX: (305) 358-6808
EMAIL: LOWELL@KUVINLAW.COM

FIRST CLASS PARKING SYSTEMS LLC
*a/k/a* 1ST CLASS VALET SERVICE
SEBASTIAN LOPEZ
JORGE ZULUAGA
12550 BISCAYNE BLVD., SUITE 207
NORTH MIAMI BEACH, FL 33181

BY:_____/s/ Rivkah F. Jaff_____
        RIVKAH F. JAFF, ESQ.